UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DISTRICT

No. 7:08-mj-1131

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHADUS J. Z. COPELAND | ) | |

The Government's motion is hereby granted. The case is dismissed.

11-25-08
DATE

JUDGE LOUISE W. FLANAGAN